## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re: Iris Isabel Morrell

Case No.: 20-13949-PGH
Chapter 7

_____ **Debtor** /

## MOTION TO CONVERT CASE FROM CHAPTER 7 TO A CASE UNDER CHAPTER 13 UNDER 11 U.S.C. 706 (a)

**Any interested party who fails to file and serve a written response to this motion within 20 days after the date of service stated in this motion shall, pursuant to Local Rule 9013-1 (D), be deemed to have consented to the entry of an order in the form attached to this motion. Any scheduled hearing may then be cancelled.**

The Debtor(s), IRIS ISABEL MORRELL, by and through the undersigned counsel, hereby files this Motion to Convert Case from Chapter 7 to Chapter 13 and states as follows:

1.     The above-styled case was filed as a Chapter 7 on March 25, 2020.

2.     The Debtor(s) qualifies as a Debtor(s) under Chapter 13 of Title 11.

3.     Local Rule 9013-1(D) (2) (h) permits the conversion from a Chapter 7 case to Chapter 13 case on negative notice

4.     This Case has not been previously converted under 11 USC. Sec. 1112, Sec. 1208, or Sec 1307

5.     The reason for the Debtor's request for the conversion is to save and retain her homestead property.

6.     The Debtor believes that a Chapter 13 plan will be feasible because of the additional financial support to her household income from family members.

7.     Scott N. Brown is the Chapter 7 Trustee.

WHEREFORE, the Debtor(s) pursuant to  11 U.S.C section 706(a) ) and requests that this court enter an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code ( Title 11 U.S.C .).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Convert Chapter 7 case to Chapter 13, has been sent by U.S. mail or electronically to the Office of the U.S. Trustee at 51 SW 1st Ave., Room 1204, Miami, FL 33130 and all parties on the attached matrix on July 29, 2020.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

LAW OFFICES OF CONWADE D. LEWIS, P.A.
3500 North State Road
Suite #440
Lauderdale Lakes, FL 33319
(954)714-1011 tel
(954)714-1041 fax
vwlewis@aol.com

 /s/ Conwade D. Lewis
Conwade D. Lewis, Esquire
Florida Bar No.: 0968455

## SERVICE LIST

**VIA CM/ECF**

Scott N. Brown, Trustee sbrown@bastamron.com

Office of the US Trustee      USTPRegion21.MM.ECF@usdoj.gov

**VIA US MAIL**

Chase Mortgage
Chase Records Center/Attn: Correspondence
Mail Code LA4 5555  700 Kansas Ln
Monroe, LA 71203

**Bank of America**
**4909 Savarese Circle**
**Fl1-908-01-50**
**Tampa, FL 33634**

**Capital One**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

**Comenity Bank/Dots**
**Attn: Bankruptcy**
**Po Box 182125**
**Columbus, OH 43218**

**Midland Funding**
**Attn: Bankruptcy**
**350 Camino De La Reine  Ste 100**
**San Diego, CA 92108**

**Midland Funding LLC**
**PO Box 290335**
**Tampa, FL 33687**

**Navient**
**Attn: Bankruptcy**
**Po Box 9640**
**Wilkes-Barre, PA 18773**

**Navy FCU**
**Attn: Bankruptcy Dept**
**Po Box 3000**
**Merrifield, VA 22119**

**Navy Federal Credit Union**
**Attn: Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**

**Navy Federal Cu**
**Attn: Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**

**One Advantage LLC**
**PO Box 025437**
**Miami, FL 33102-5437**

**Portfolio Recovery**
**Attn: Bankruptcy**
**120 Corporate Blvd**
**Norfold, VA 23502**

**Portfolio Recovery Associates LLC**
**c/o Pollack & Rosen PA**
**806 Douglas Rd #200**
**Coral Gables, FL 33134**

**Synchrony Bank/ JC Penneys**
**Attn: Bankruptcy**
**Po B 965064**
**Orkando, FL 32896**

**Target**
**c/o Financial & Retail Srvs**
**Mailstop BT POB 9475**
**Minneapolis, MN 55440**

**TD Bank USA NA**
**c/o RAS LaVrar LLC**
**1133 S University Dr 2nd FL**
**Plantation, FL 33324**

**Iris Morrell**
**6041 NE 5th Avenue**
**Ft. Lauderdale, FL 33334**